

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
NOV 20 2024
BY Jm
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:24-cr-00207 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924 |
| ANTHONY LEE ARMSTRONG JR. | ) | |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about June 20, 2024, in the Middle District of Tennessee, the defendant, **ANTHONY LEE ARMSTRONG, JR.**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Glock, model 21, .45 caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

### FORFEITURE ALLEGATION

Upon conviction of Count One, **ANTHONY LEE ARMSTRONG, JR.** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in knowing violation of the offense(s), including, but not limited to, the Glock, model 21, .45 caliber pistol, and related ammunition.

A TRUE BILL

_____
FOREPERSON

THOMAS J. JAWORSKI
ACTING UNITED STATES ATTORNEY

HERBERT L. BUNTON III
ASSISTANT UNITED STATES ATTORNEY